CO-386-online
10/03

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA )
f/u/b/o )
TYLER MECHANICAL CONTRACTING, INC. )
)
              Plaintiff )   Civil Action No._____
   vs )
)
NATIONAL FIRE INSURANCE COMPANY )
  OF HARTFORD )
)
             Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for   TYLER MECHANICAL CONTRACTING, INC.   certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of   TYLER MECHANICAL CONTRACTING, INC.   which have

any outstanding securities in the hands of the public:

    NONE


These representations are made in order that judges of this court may determine the need for recusal.

                                            Attorney of Record
                                            _____
                                            Signature

DC Bar #231597                               MICHAEL GREEN
BAR IDENTIFICATION NO.              Print Name

                                            110 West Road, Suite 222
                                            Address

                                            Towson, Maryland  21204
                                            City           State         Zip Code

                                            410-283-2222
                                            Phone Number