IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b/o TYLER MECHANICAL CONTRACTING, INC. <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL FIRE INSURANCE COMPANY OF HARTFORD <br><br> Defendant. | * <br> * <br> * <br> * <br> *    Case No.: 1:07-cv-00967 <br>        Judge Henry H. Kennedy <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF MAILING

I, Michael Green, an attorney with the law firm of Margolis, Pritzker, Epstein & Blatt, P.A., which represents Plaintiff, hereby state that:

1. On July 24, 2007, I mailed by certified mail, postage prepaid, restricted delivery, return receipt requested, the following pleadings/papers in the above captioned case:

     a. Summons In a Civil Case (issued 05/24/07)

     b. Initial Electronic Case Filing Order

     c. Electronic Case Files Attorney/Participant Registration Form

     d. Notice of Right to Consent to Trial Before United States Magistrate Judge

     e. Civil Cover Sheet

     f. Certificate Rule LCvR7.1

    g.    Complaint

to the below listed registered agent for National Fire Insurance Company of Hartford, Defendant:

    CT Corporation.

    1015 15th Street, NW

    Washington, DC 20005

    Registered Agent for National Fire Insurance Company of Hartford

2.    I have received the receipt for the certified mail, No. 7000-0520-0021-3164-3826, indicating that delivery of the aforementioned pleadings/papers was made upon said defendant on a date between July 24, 2007 and July 30, 2007, as evidenced by the original of the certified mail receipt attached hereto.

I declare under the penalty of perjury that the contents of the foregoing affidavit are true and correct.

| August 7, 2007 | / S / |
|---|---|
| Date | Michael Green    DC Bar #231597 |
| | Margolis, Pritzker, Epstein & Blatt, P.A. |
| | 110 West Road, Suite 222 |
| | Towson, Maryland 21204 |
| | (410) 823-2222 |
| | Attorneys for Plaintiff |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. #15255.21 | A. Signature<br>X _[signature]_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>John Carpenter |
| 1. Article Addressed to:<br>Nat'l Fire Ins. Co. of<br>Silver Spring, Hartford<br>SERVE ON: CT CORPORAT.  Agent<br>1015 15th St., N.W. #1000<br>Washington, DC 20005 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Transfer from service label) 7000-0520-0021-3164-3826 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT** — Restricted
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 0520 0021 3164 3826

Tyler vs. Nat'l Fire Ins. Co.

| | |
|---|---|
| Postage | $ 1.49    7/24/07 |
| Certified Fee | Gridley |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | #15255.21 |
| Total Postage & Fees | $ 10.38   Slip #127960 |

Recipient's Name (Please Print Clearly) (To be completed by mailer)
CT Corp
Street, Apt. No.; or PO Box No.
1015 15th St., N.W. #1000
City, State, ZIP+4
Washington, DC 20005

PS Form 3800, February 2000    See Reverse for Instructions