IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA f/u/b/o TYLER MECHANICAL CONTRACTING, INC. | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:07-cv-00967 |
| | | Judge Henry H. Kennedy |
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD | * | |
| | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF DISMISSAL

The plaintiff hereby gives notice pursuant to FRCP Rule 41(a)(1)(i), the above captioned case is hereby dismissed with prejudice as to all claims.

_____
8/29/07
Date

_____
Michael Green   D.C. Bar No. 231597
Margolis, Pritzker, Epstein & Blatt, P.A.
110 West Road, Suite 222
Towson, Maryland 21204
(410) 823-2222

Attorneys for Plaintiff

U:\Tyler\Grunley\IRS\Stip of Dismissal Fed.wpd