UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TYLER MECHANICAL CONTRACTING, INC.** *f/u/b/o UNITED STATES OF AMERICA*  **Plaintiff,**  v.  **NATIONAL FIRE INSURANCE COMPANY OF HARTFORD**  **Defendans.** | Civil Action  07-cv-00967 (HHK) |

## ORDER OF DISMISSAL

Plaintiff has filed a document captioned "Notice of Dismissal" [doc #5]. In light of this filing, it is by the court this 26th day of October 2007, hereby

**ORDERED** that the above-captioned action brought by plaintiff Tyler Mechanical Contracting, Inc against defendant National Fire Insurance Company of Hartford is **DISMISSED**.

Henry H. Kennedy, Jr.
United States District Judge